**FILED**
JAN 2 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIE HORTON, )
)
      Plaintiff, )
)
v. ) Civil Action No. **08 0142**
)
JAMES Q. BUTLER, ESQUIRE, and )
BUTLER LEGAL GROUP, )
)
      Defendants. )

### ORDER

The Court hereby advises plaintiff that federal law, effective April 9, 2006, requires a plaintiff in a civil action to pay a filing fee of $350.00. In order for the Court to consider plaintiff's motion, plaintiff must provide the Court with <u>a certified copy of his trust fund account statement (or institutional equivalent), including the supporting ledger sheets, for the six-month period immediately preceding the filing of this complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined</u>. 28 U.S.C. § 1915. After submission of the trust fund information, the Court will determine plaintiff's ability to pay the entire amount in one payment. If the Court determines that plaintiff does not have sufficient funds to pay the filing fee at one time, the Court will assess an initial partial filing fee. After payment of the initial partial filing fee, monthly payments of 20 percent of the deposits made to the plaintiff's trust fund

account during the preceding month will be forwarded to the clerk of the Court each time the account balance exceeds $10.00. Payments will continue until the filing fee is paid.

Accordingly, it is hereby

ORDERED that, within thirty (30) days of this Order, plaintiff shall provide the information described above. Failure to comply with this Order will result in dismissal of this action.

SO ORDERED.

_____
United States District Judge

Date: January 15, 2008